**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02323-REB-KMT

WESTMINSTER COMMONS DEVELOPMENT, LLC, a Colorado limited liability company,

    Plaintiff,

v.

McELLIOT, LLC, an Arizona limited liability company,
AZG WESTMINSTER, LLC, Arizona limited liability company,
DANIEL L. WARDROP, an individual,
DANIEL SHREEVE, an individual,
DAVID BENSON, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion for Dismissal With Prejudice** [#51],[1] filed February 20, 2015.  After careful review of the stipulated motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion for Dismissal With Prejudice** [#51], filed February 20, 2015, is **GRANTED**; and

    2. That all claims and counterclaims asserted in this action are **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

---

[1] "[#51]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated February 23, 2015, at Denver, Colorado.

                                                      **BY THE COURT:**

                                                      /s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge